PATRICIA L. McCABE
Law Offices of Patricia L. McCabe
California State Bar No. 156634
7100 Hayvenhurst Avenue, Suite 314
Van Nuys, CA 91406
Telephone: (818) 907- 9726
Facsimile: (818) 907-6384
E-mail: patricia@mccabedisabilitylaw.com

Attorney for Plaintiff,
BETSY ROSS

# IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| BETSY ROSS, | Case No. CV 14-2026-JEM |
| Plaintiff, | |
| v. | [proposed] ORDER ON STIPULATION TO DISMISSAL WITHOUT PREJUDICE |
| CAROLYN W. COLVIN, Acting Commissioner, Social Security | |
| Defendant. | Judge: Hon. John E. McDermott |

Based upon the parties' Stipulation, IT IS HEREBY ORDERED that this matter is dismissed without prejudice, with each side to bear their own costs and attorney's fees, including but not limited to any attorney's fees which may be due under the Equal Access to Justice Act.

IT IS SO ORDERED.

Dated: October 8, 2014

*/s/John E. McDermott*
John E. McDermott
UNITED STATES MAGISTRATE JUDGE